petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, A. F. Prescott* and *Fred E. Youngman* for the United States.

No. 662. HERREN *v.* FARM SECURITY ADMINISTRATION, DEPARTMENT OF AGRICULTURE. C. C. A. 8th. Certiorari denied. *DuVal L. Purkins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Harry I. Rand* and *Melvin Richter* for respondent.

No. 664. ANDREW J. McPARTLAND, INC. *v.* MONTGOMERY WARD & CO., INC. United States Court of Customs and Patent Appeals. Certiorari denied. *Emmet L. Holbrook* for petitioner. *Stuart S. Ball* for respondent.

No. 665. SCHUCKMAN *v.* RUBENSTEIN ET AL. C. C. A. 6th. Certiorari denied. *Maurice J. Dix* for petitioner. *William B. Cockley* and *J. Malcolm Strelitz* for respondents.

No. 668. RICE ET AL. *v.* ELMORE. C. C. A. 4th. Certiorari denied. *Christie Benet, Irvine F. Belser, Charles B. Elliott* and *William P. Baskin* for petitioners. *Thurgood Marshall, William R. Ming, Jr.* and *Marian W. Perry* for respondent.

No. 669. GOLLIN ET AL. *v.* UNITED STATES. C. C. A. 3d. Certiorari denied. *Frederic M. P. Pearse* and *Harold Simandl* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States.